FILED '20 06 18 AM09:49 MDGA-MAC

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| THE EXTRADITION OF | ) | |
| SALVATORE MANCUSO GOMEZ | ) | 7:20-CV-116 |
| a/k/a/ "EL MONO" | ) | |
| | ) | |

COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. § 3184)

I, Tamara Jarrett, Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1.      In this matter, I represent the United States in fulfilling its treaty obligation to Colombia.

2.      There is an extradition treaty in force between the United States and Colombia, the Extradition Treaty with the Republic of Colombia, U.S.-Colom., Sept. 14, 1979, S. Treaty Doc. No. 97-8 (1981) (hereinafter, the Treaty).

3.      The Treaty provides in article 11 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4.      In accordance with article 11 of the Treaty, the Government of Colombia has asked the United States for the provisional arrest of Salvatore Mancuso Gomez (Mancuso) with a view towards his extradition.

5.      According to the information provided by the Government of Colombia, on December 31, 2008, the Special Criminal Court 2 in Cundinamarca, Colombia convicted Mancuso of aggravated kidnapping of two victims for ransom, in violation of Articles 169 and 170 of Law 599/2000, and sentenced him to a term of twenty-seven years and eight months' imprisonment.

1

6.      The offenses were committed within the jurisdiction of Colombia. On March 3, 2017, the Court of Execution of Sentences and Security Measures in Bogota, Colombia issued two warrants for Mancuso's arrest so that he could serve the sentence imposed for the offenses.

7.      The conviction and arrest warrants were issued on the basis of the following facts:

a.      On or about April 18, 1997, at approximately 6:00 p.m., Libardo Rodriguez-Diaz (Rodriguez-Diaz) and Hilda Rodriguez de Acevedo (Acevedo) were kidnapped upon the orders of Mancuso in two separate operations carried out by members of Autodefensas Campesinas Cordoba y Cesar (Autodefensas Campesinas), an illegal right-wing paramilitary group operating in various locations in Colombia. At the time, Mancuso served as second-in-command of the group.[1] The victims of the kidnappings were the brother-in-law and sister of Nelson Rodriguez Bautista (a/k/a "Gabino"), who was a member of Ejercito de Liberacion Nacional, a leftist guerilla group that collaborated with the Fuerzas Armadas Revolucionarias de Colombia (FARC).

b.      At the time of his kidnapping, Rodriguez-Diaz was at a flower shop he owned with his wife in Bucaramanga, Colombia. Three armed individuals, claiming to be members of the Colombian security police, entered the shop and threatened its occupants with guns. They proceeded to point their weapons at Rodriguez-Diaz, handcuffed him, and then fled with him in a white car (bearing license plate number DVC-653). Approximately half an hour later, the kidnappers abandoned the car in Vijagual, a rural area in Colombia, and used a public telephone

---

[1] Autodefensas Campesinas joined with other right-wing paramilitary groups to form the Autodefensas Unidas de Colombia (AUC), which evolved into a narco-terrorist organization designated by the U.S. Department of State as a Foreign Terrorist Organization. Mancuso served as a high-level commander of the AUC until 2004, when he surrendered his weapons and demobilized.

at a car wash there.  Telephone records indicate that four calls were placed from the car wash to the phone number for Mancuso's house between approximately 6:43 p.m. and 7:03 p.m. that day.[2]

   c.      Meanwhile, at the time of her kidnapping, Acevedo was at her home in a gated condominium complex in Giron, Colombia.  Four individuals approached an armed security guard at the complex's main entrance in a blue Chevrolet (bearing license plate number BUL-166), and asked to see Acevedo's house, which was for sale.  The guard checked with Acevedo, who authorized the visit for the purported prospective homebuyers.  Once inside Acevedo's residence, the individuals handcuffed Acevedo and then forced her into their car.  Another occupant of the residence called the security guard and reported that the individuals were robbers.  The guard tried to stop them as they were leaving the complex, but they accelerated toward him, brandishing several firearms, and threatened to kill him if he did not open the gate and hand over his gun.  The kidnappers took the guard's .38-caliber service revolver and left with Acevedo.

   d.      According to Marco Antonio Florez-Triana (Florez-Triana), who told Colombian authorities that he served as a driver for members of Autodefensas Campesinas between October 1996 and June 1997, Mancuso, along with Carlos Castano Gil, the leader of Autodefensas Campesinas, had ordered the kidnappings of Gabino's brother and sister (but the kidnappers had mistakenly abducted Rodriguez-Diaz instead of Gabino's brother).[3]  Florez-Triana reported that

---

[2] Telephone records from a cellular telephone connected to Sargent Jesus Antonio Sanchez-Moreno, who was implicated in the kidnappings, also show calls to Mancuso's telephone number the day before the kidnappings.

[3] In addition, Florez-Triana provided information about other members of Autodefensas Campesinas, their aliases, and their methods, and about other crimes, including a murder-for-hire unrelated to the kidnappings, to which he confessed having committed.

3

Martin Velasco-Galvis (a/k/a "Yimmy") organized the kidnappings and picked up the victims and some of the kidnappers from Vijagual; and that other Autodefensas Campesinas members (namely, individuals known as "Dino," "Baltazar," "El Pajaro," and "El Rojo") executed the kidnappings. Florez-Triana claimed to have seen Rodriguez-Diaz at the Autodefensas Campesinas base at La Sonora farm in Pailitas, Colombia, and Acevedo at another farm, La Atena, in El Dificil, Colombia. According to Florez-Triana, after two days, Rodriguez-Diaz was also transported to the farm in El Dificil, where both victims were later killed.[4]

     e.     In or about 2006 or 2007, Mancuso admitted responsibility for the kidnappings of Rodriguez-Diaz and Acevedo when he testified in a proceeding related to Colombia's Justice and Peace Law of 2005, which was intended to bring peace between the Government of Colombia and the AUC, to assist victims of the AUC and their families, and to allow AUC fighters to reenter Colombian society.

8.     The offense of which Mancuso was convicted is provided for in article 2 of the Treaty.

9.     Mancuso may be found within the jurisdiction of this Court at the Irwin County Detention Center in Ocilla, Georgia, where he is currently detained pending his removal from the United

---

[4] At a public hearing, Florez-Triana recanted his earlier statements, denying that he was a member of Autodefensas Campesinas, and claiming that he simply worked on the farm used as a base by the group. He further claimed that he was not aware that Mancuso had ordered the kidnappings, but rather that he had heard Yimmy say so. In its judgment of conviction, the Special Criminal Court 2 declined to rely on this recantation, concluding that Florez-Triana's earlier inculpatory statements—which Florez-Triana had made voluntarily and in the presence of counsel—were more reliable because they were detailed, coherent, and corroborated by other witnesses and evidence in the case; whereas his claim of being a simple farmhand was inconsistent with the level of knowledge he had about the criminal conduct.

States by the Department of Homeland Security, Immigration and Customs Enforcement.[5]

10.     The Government of Colombia has represented that it will submit a formal request for extradition supported by the documents specified in the Treaty, within the time required under the Treaty.

WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with 18 U.S.C. § 3184 and the extradition treaty between the United States and Colombia.

Tamara Jarrett
Assistant United States Attorney

Sworn to before me and subscribed in my presence this __18__ day of ___June___, 2020, at __2020__.

The Honorable Marc. T. Treadwell
United States District Court Judge

---

[5] The Government of Colombia extradited Mancuso, who is a national of Colombia and Italy, to the United States on or about May 12, 2008, to face drug trafficking charges in the U.S. District Court for the District of Columbia.  Mancuso pled guilty and was sentenced to a term of approximately fifteen years' imprisonment, which he completed on March 27, 2020.