AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Georgia

| | |
|---|---|
| In the Matter of the Extradition of Salvatore Mancuso Gomez | Case No. 7:20-CV-116 <br> 2020 0618 1556E <br> Fid 692350 <br> USMS 29364-016 |

*U.S. MARSHALS SVC MIDDLE GEORGIA 2020 JUN 18 AM 10: 57*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Salvatore Mancuso Gomez (Mancuso),

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Mancuso is a fugitive from Colombia. Colombia has sought Mancuso's extradition so that he may serve a 27 year and 8 month sentence imposed by a Colombian court for his conviction for aggravated kidnapping for ransom. Colombia seeks his extradition pursuant to the extradition treaty between the United States and the Colombia, and Title 18, United States Code, Section 3184.

Date: 6.18.20

*Issuing officer's signature*

City and state: Macon, GA

Marc Treadwell, District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/18/2020, and the person was arrested on *(date)* 6/24/2020
at *(city and state)* Irwin County, GA

Date: 6/26/2020

*Arresting officer's signature*

Rondell C. Davis, SDUSM
*Printed name and title*