UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| THE EXTRADITION OF | ) | Case No. 7:20-CV-116 |
| | ) | |
| SALVATORE MANCUSO GOMEZ | ) | |
| | ) | |
| a/k/a/ "EL MONO" | ) | |

## UNOPPOSED MOTION TO DISMISS COMPLAINT FOR PROVISIONAL ARREST WARRANT WITH A VIEW TOWARDS EXTRADITION

The United States of America, by and through its counsel of record, the United States Attorney for the Middle District of Georgia and Assistant United States Attorneys Peter D. Leary and Tamara Jarrett, hereby applies for an order that dismisses the Government's Complaint for Provisional Arrest Warrant with a View Towards Extradition, ECF No. 1, and Warrant for Arrest, ECF No. 2.

Salvatore Mancuso Gomez, by counsel, does not oppose the application.

This unopposed application is based upon the attached Declaration of FAUSA Peter D. Leary.

Respectfully submitted, this 20th day of July, 2020.

CHARLES E. PEELER
UNITED STATES ATTORNEY

*/s/ Peter D. Leary*
PETER D. LEARY
First Assistant United States Attorney
Georgia Bar Number 612045

*/s/ Tamara Jarrett*
TAMARA JARRETT
Assistant United States Attorney
Georgia Bar Number 389629

United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511

*Attorneys for the United States of America*

# DECLARATION OF PETER D. LEARY

I, Peter D. Leary, declare as follows:

1.	I am an Assistant United States Attorney and have been assigned to represent the Government in United States v. Salvatore Mancuso Gomez a/k/a "El Mono" (Case No. 7:20-CIV-116).  I make this declaration in support of the Government's Unopposed Motion to Dismiss Complaint for Provisional Arrest Warrant with a View Towards Extradition.

2.	I am informed and believe that on July 17, 2020, the Government of Columbia transmitted a diplomatic note to the United States withdrawing its request for the provisional arrest of Mancuso with a view towards his extradition.  Given the withdrawal of the request, the United States no longer has an obligation to extradite Mancuso for the charges underlying that request pursuant to its extradition treaty with Columbia, the Extradition Treaty with the Republic of Colombia, U.S.-Colom., Sept. 14, 1979, S. Treaty Doc. No. 97-8 (1981).

3.	On July 17, 2020, Government counsel informed Mancuso's attorney, Joaquin Perez, of Columbia's intention to withdraw its request and the Government's intent to file the instant application.  He did not object to this application.

4.	Accordingly, the Government respectfully requests that the Court dismiss the Complaint for Provisional Arrest Warrant with a View Towards Extradition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of July, 2020, at Macon, Georgia.

					/s/ Peter D. Leary
					PETER D. LEARY

# CERTIFICATE OF SERVICE

I, PETER D. LEARY, First Assistant United States Attorney, do hereby certify that I have this date served the within and foregoing document by electronically filing said notice with the Clerk of the Court using the CM/ECF system.

Respectfully submitted, this 20th day of July, 2020.

                                        CHARLES E. PEELER
                                        UNITED STATES ATTORNEY

BY:   */s/ Peter D. Leary*
         PETER D. LEARY
         Georgia Bar Number 612045
         First Assistant United States Attorney
         United States Attorney's Office
         Middle District of Georgia
         Post Office Box 1702
         Macon, Georgia 31202-1702
         Telephone: (478) 752-3511

         *Attorney for the United States of America*