IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**IN THE MATTER OF THE EXTRADITION**     *
**OF SALVATORE MANCUSO GOMEZ a/k/a**
**"EL MONO"**     *

                                          Case No.  7:20-CV-116(HL)
                                          *

## **J U D G M E N T**

Pursuant to this Court's Order dated July 21, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 21st day of July, 2020.

                                                         David W. Bunt, Clerk

                                                         s/ Robin L. Walsh, Deputy Clerk